**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**301-344-0052** |

<u>M E M O R A N D U M</u>

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *Gordon v. UCG Holdings LP, et al.*
Civil Case No. RWT 16-0238

DATE:  August 25, 2016

\* \* \* \* \* \* \* \* \*

On August 23, 2016, counsel for the Parties sent a letter to the Court jointly requesting that the above-captioned case be referred to a United States Magistrate Judge for the purpose of participating in an early settlement conference [ECF No. 52]. The Parties further requested that the remaining Scheduling Order deadlines and discovery be stayed pending the outcome of the settlement conference.

Having referred the case to Magistrate Judge Jillyn Schulze, the remaining Scheduling Order deadlines and discovery are hereby **STAYED** pending the outcome of the settlement conference. In the event that the settlement conference is unsuccessful, discovery shall resume and the Parties shall submit a revised Scheduling Order for the Court's consideration and approval.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge