**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| KIMBERLY P. GORDON, Individually and on behalf of the Estate of Steven H. Gordon, and on behalf of all others similarly situated,<br><br>　Plaintiff,<br><br>　　v.<br><br>CIGNA CORPORATION, et al.<br><br>　Defendants. | Civil Action No. 8:16-cv-00238-RWT |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Kimberly P. Gordon, individually and on behalf of the Estate of Steven H. Gordon, and on behalf of a proposed class of all others similarly situated, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on July 28, 2016, which granted the Motion for Summary Judgment filed by defendants Life Insurance Company of North America, Inc. and Cigna Corporation, and which entered judgment in favor of those defendants.

| | |
|---|---|
| Dated: February 6, 2017 | Respectfully submitted,<br><br>/s/ Jonathan K. Tycko<br>Jonathan K. Tycko (No. 11336)<br>Anna C. Haac (No. 28383)<br>TYCKO & ZAVAREEI LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>Email: jtycko@tzlegal.com<br>Email: ahaac@tzlegal.com |

Daniel S. Kozma
LAW OFFICE OF DANIEL S. KOZMA
2120 L Street, N.W., Suite 700
Washington, DC 20037
Telephone: (202) 969-2223
Facsimile: (202) 822-399
Email: dkozlaw@aol.com

James E. Miller
James C. Shah
SHEPHERD FINKELMAN MILLER
& SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
Email:  jshah@sfmslaw.com

Kolin C. Tang
SHEPHERD FINKELMAN MILLER
& SHAH, LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: ktang@sfmslaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2017, the foregoing Notice of Appeal was filed via the Court's CM/ECF system, thereby causing a true and correct copy to be served upon all ECF-registered parties.

/s/ Jonathan K. Tycko
Jonathan K. Tycko